## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No. 09-0354-CG-B ) |
| M & V INVESTMENTS, LLC, EDMON MOTES, and EARL B. VICK, | ) ) ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

This matter is before the court on the plaintiff's Motion for Entry of Default Judgment against M & V Investments, LLC and Edmon Motes. After having reviewed the pleadings and the evidence presented by the plaintiff, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that default judgment is **GRANTED** in favor of Wachovia Bank, National Association, and against M & V Investments and Edmon Motes, jointly and severally, in the amount of NINE HUNDRED TWENTY-THREE THOUSAND, TWO HUNDRED TWELVE and 65/100 DOLLARS ($923,212.65), plus accruing pre-judgment interest at the aggregate rate of $147.55 per day from August 11, 2009 through the date of this judgment. Wachovia Bank, National Association, is also awarded applicable post judgment interest at the rate of 0.45% pursuant to 28 U.S.C. § 1961.

**DONE and ORDERED** this 1st day of September, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE