# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 09-0354-CG-B |
| M & V INVESTMENTS, LLC, et al., ) ) | |
| Defendants. ) | |

## ORDER

This matter is before the court on the Suggestion of Bankruptcy (Doc. 34), in which defendant Earl B. Vick advises that he filed a petition for relief under Chapter 7 of the U.S. Bankruptcy Code in the U. S. Bankruptcy Court for the Southern District of Alabama on February 18, 2010.

Pursuant to 11 U.S.C. § 362, the filing of a bankruptcy petition operates as a stay of an action. Accordingly, this action is **STAYED**, and the Clerk of Court is directed to place this case on the court's administrative docket.

The parties shall notify the court within thirty (30) days of the resolution of bankruptcy proceedings or of a lift of the stay, at which time this action shall be reinstated to the court's active docket.

**DONE and ORDERED** this 26th day of February, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE